UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Chyvone Monique Womack  Docket No. 5:11-CR-290-1FL

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Chyvone Monique Womack, who, upon an earlier plea of guilty to 18 U.S.C. §1029(a)(2), Unauthorized Access Device Fraud, 18 U.S.C. §1028(A), Aggravated Identity Theft, and 18 U.S.C. §1029(a)(2), Unauthorized Access Device Fraud, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on April 5, 2012, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Chyvone Monique Womack was released from custody on March 24, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant committed the offenses of Misdemeanor Larceny and Misdemeanor Possession of Stolen Goods/Property (16CR53135) on February 5, 2016, in Cumberland County, North Carolina. Additionally, the defendant was arrested for committing the offenses of Misdemeanor Larceny and Misdemeanor Possession of Stolen Goods/Property (16CR53134) (16CR52824) on February 23 and March 3, 2016, in Cumberland County, North Carolina. The defendant admitted to the conduct on February 5, 2016, and stated her child had no clothes and she was desperate. The defendant states that the conduct that occurred on February 23 and March 3, 2016, were not her and it must be a case of mistaken identity. It is recommended that the defendant serve 7 days in the custody of the Bureau of Prisons as a sanction for her conduct.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Mindy L. Threlkeld |
| Robert K. Britt | Mindy L. Threlkeld |
| Senior U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2539 |
| | Executed On: March 16, 2016 |

**Chyvone Monique Womack**
**Docket No. 5:11-CR-290-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this  17th  day of  March , 2016 and ordered filed and made a part of the records in the above case.

*Louise W. Flanagan*
Louise W. Flanagan
U.S. District Judge