UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Chyvone Monique Womack            Docket No. 5:11-CR-290-1FL

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Chyvone Monique Womack , who, upon an earlier plea of guilty to 18 U.S.C. §1029(a)(2), Unauthorized Access Device Fraud, 18 U.S.C. §1028(A), Aggravated Identity Theft, and 18 U.S.C. §1029(a)(2), Unauthorized Access Device Fraud, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on April 5, 2012, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Chyvone Monique Womack was released from custody on March 24, 2015, at which time the term of supervised release commenced.

On March 16, 2016, the conditions of release were modified to include 7 days incarceration after the defendant committed the offenses of Misdemeanor Larceny and Misdemeanor Possession of Stolen Goods/Property (16CR53135) on February 5, 2016. The defendant was also arrested for Misdemeanor Larceny and Misdemeanor Possession of Stolen Goods/Property (16CR53134) (16CR52824) on February 23 and March 3, 2016, in Cumberland County, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was turned away from completing her court ordered jail sanction, due to tardiness for a self-report date. The Bureau of Prisons refused to reschedule her designation.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The offender shall be allowed to complete her 7 days of confinement in the Bureau of Prisons as originally ordered by the court.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith            /s/ Mindy L. Threlkeld
Eddie J. Smith            Mindy L. Threlkeld
Supervising U.S. Probation Officer            Senior U.S. Probation Officer
           310 Dick Street
           Fayetteville, NC 28301-5730
           Phone: 910-354-2539
           Executed On: April 21, 2016

**Chyvone Monique Womack**
**Docket No. 5:11-CR-290-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this  22nd   day of   April           , 2016 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge